UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARY J. BRYANT, | 1:16-cv-01628-AWI-MJS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS** |
| WELLS FARGO, et al., | |
| Defendants. | **(ECF Nos. 2 & 4.)** |

Plaintiff is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on October 28, 2016 (ECF No. 2) and again on January 9, 2017. (ECF No. 4.) The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees. Plaintiff's Motions to Proceed *in forma pauperis* are therefore GRANTED.

IT IS SO ORDERED.

Dated: May 5, 2017           /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

1